# EXHIBIT B



| | | |
|---|---|---|
| 8144 WALNUT HILL LANE | (214) 540-0700 | ← MAIN |
| SUITE 800 | (214) 540-0701 | ← FAX |
| DALLAS, TX 75231 | DFWRA.COM | ← WEB |

03/03/2025

Patient Name: SEEGERS, ELIZABETH
Date of Birth: 02/28/1975

To whom it may concern,

Elizabeth Seegers has been a patient since 2017. She has psoriatic arthritis on biologic treatment which makes her immunocompromised. She is currently recovering from Covid and pneumonia. Working with patients in long term care facilities would put her at greater risk of getting infections and should be avoided if possible. Additionally her psoriatic arthritis continues to be active despite aggressive treatment and modification of her work environment would be helpful due to continued pain and disability. Driving and ambulation are difficult for her at this time. We have made changes to her treatment plan and she has a follow up appointment scheduled with us on 4/10/2025.

Sincerely,

*Rachel Tiu, FNP-C*
Rachel Tiu, FNP-C
2021 N. MacArthur Blvd, Ste.515
Irving, Tx. 75061

DALLAS · ARLINGTON · DUNCANVILLE · FORT WORTH · FRISCO · GRAPEVINE
IRVING · LEWISVILLE · NORTH RICHLAND HILLS · PLANO · ROCKWALL