IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ELIZABETH SEEGERS, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. 4:26-CV-0042 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| TRUHEALTH, LLC and AMERICAN | § | |
| HEALTH PARTNERS, INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING DEFENDANTS' AGREED MOTION TO CONTINUE RULE 16 CONFERENCE

Before the Court is Defendants' Agreed Motion to Continue Rule 16 Conference. [Dkt. 21]. Because Defendants' lead counsel has a conflict in his schedule, Defendants file the present motion requesting the Court continue the Rule 16 Conference which is currently set for April 13, 2026. After considering Defendants' agreed motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Defendants' Agreed Motion to Continue Rule 16 Conference [Dkt. 21] is hereby **GRANTED**. The Rule 16 Conference is **RESET for May 29, 2026 at 3:30 PM in the United States Courthouse Annex, 200 North Travis Street, Mezzanine Level, Courtroom A01, Sherman, Texas**. Counsel shall appear in person for the conference.

**SIGNED this 7th day of April, 2026.**

Michael J. Truncale
United States District Judge